AO 247 (Rev 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U S C § 3582(c)(2) — Page 1 of 2 (Page 2 Not for Public Disclosure)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/15

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
LUIS EDUARDO RODRIGUEZ CORDERO

Case No: 04 CR 1353 (KMW)
USM No: 57510-054

Date of Original Judgment: 11/05/2008
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Linda George, Esq. (AUSA Daniel Tracer)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168 months  months **is reduced to**  135 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/05/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 08/05/2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

KIMBA M. WOOD, U.S.D.J.
*Printed name and title*